RECEIVED
IN THE DISTRICT COURT OF THE UNITED STATES CLERK, FLORENCE, SC
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION          2016 JUL -1  AM 10: 17

IN THE MATTER OF THE SEARCH OF:        )  Criminal Case No.:  4:16cr00502-TER
                                       )
                                       )
                                       )
794 UNIVERSITY FOREST CIRCLE,          )
CONWAY, SOUTH CAROLINA 29526           )        **ORDER TO SEAL**


The Government believes it is necessary to seal the entire case in order to protect the safety of the officers conducting the search and to avoid disruption of the Government's investigation.

Based on the foregoing, the court finds that the interest of justice is best served by filing the entire above captioned case, to include the Search Warrant, Search Warrant Application and Search Warrant Affidavit, under seal.   It is therefore,

ORDERED that the entire above-captioned case, to include the Search Warrant, Search Warrant Application, Search Warrant Affidavit and this Order, are filed under seal until further notified by this Court.

AND IT IS SO ORDERED.


_____
Honorable Thomas E. Rogers, III
U.S. MAGISTRATE JUDGE

June __26__, 2016
Florence, SC